IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE No: 1:24CR2-AW/MAL

LUIS MEDAL
_____/

## STATEMENT OF FACTS

The following Statement of Facts is entered into by and between Luis Medal as Defendant, Assistant Federal Public Defender Darren J. Johnson, as attorney for Defendant, and the United States Attorney for the Northern District of Florida:

In October 2023, an investigator with the Gainesville Police Department (GPD) conducted an online investigation to identify persons in Gainesville, Florida sharing known images of child pornography on the internet using the BitTorrent network. The investigator identified one such user and successfully downloaded several video files depicting images of child pornography. Further investigation revealed the address of the user as Luis Medal at his residence in Gainesville, Florida, including his phone number and email address.

On November 20, 2023, a search warrant was executed at Medal's apartment. Numerous electronic devices were located and seized by law

Filed in Open Court
6-25-24
Clerk, U.S. District Court
Northern District of Florida

enforcement. The devices included Luis Medal's Corsair tower computer manufactured in China with internal drives manufactured in Malaysia and Thailand. The computer and drives have moved in both interstate and foreign commerce.

Forensic examination of the contents of the tower computer revealed hundreds of images of child pornography, including images and videos. Numerous images depict prepubescent children engaged in sexual activity, including sexual contact with adults and the lascivious exhibition of the child's pubic area. Numerous images on the device match the child pornography originally identified and downloaded by the GPD investigator. The earliest creation date for an image of child pornography received and saved to the computer is January 28, 2017.

Recently viewed images on the computer included images of child pornography. Web browser search terms included terms associated with child pornography. The computer account owner's email address matches the email address of the account used to share images of child pornography. A review of the computer's resource usage database showed it was operating and transferring data over the internet during the time the investigator made a one-to-one connection to the device. The computer contained personal data

associated with Luis Medal, including credit card numbers, user accounts, email addresses, passwords, shipping labels, and personal photos.

## ELEMENTS

### Receipt of Child Pornography – 18 U.S.C. § 2252A(a)(2)

(1) Defendant knowingly received an item of child pornography,

(2) The item of child pornography was received using any means or facility of interstate or foreign commerce, and

(3) Defendant believed the item contained child pornography.

---

_____
DARREN J. JOHNSON
Attorney for Defendant

6/25/24
Date

_____
LUIS MEDAL
Defendant

6/25/24
Date

JASON R. COODY
United States Attorney

_____
COREY J. SMITH
Florida Bar No. 0120420
Assistant United States Attorney
Northern District of Florida
111 North Adams Street, 4th Floor
Tallahassee, Florida 32301
Ph. (850) 942-8430
C.J.Smith@usdoj.gov

6/25/2024
Date

3